

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2014

No. 04-14-00485-CV

**IN RE** Maria Del Socorro **GONZALEZ** and Cesario Gonzalez

Original Mandamus Proceeding[1]

### ORDER

On July 8, 2014, relators Maria Del Socorro Gonzalez and Cesario Gonzalez filed a petition for a writ of mandamus. The court has considered relator's petition and the mandamus record filed in this court and has determined that relators are entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Paul Canales is ORDERED to vacate the June 27, 2014 "Order for Possession and Access." The writ will issue only if we are notified that Judge Canales has not done so within ten days of the date of this order.

It is so **ORDERED** on October 1, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2014.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 7,848, styled *In the Interest of C.J.T., a Child*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable H. Paul Canales presiding.